UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PHILLIP DEWAYNE STEWART                                                                    PETITIONER

v.                                            No. 2:22-CV-02013

DEXTER PAYNE                                                                                RESPONDENT

## ORDER

The Court has received a report and recommendations (Doc. 5) from United States Chief Magistrate Judge Mark E. Ford. Petitioner Phillip Dewayne Stewart has filed objections (Doc. 6) to the report and recommendations.

Stewart has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, challenging a conviction and sentence that he served more than three decades ago in the Superior Court of Martinez, California. The Magistrate Judge recommends denying Stewart's petition because this Court is not the proper venue for it, as this is neither the district where the state court that convicted and sentenced Stewart is located nor the district where he is presently confined. *See* 28 U.S.C. § 2241(d). Indeed, Stewart is not presently incarcerated at all. Furthermore, transferring his petition to another district would be futile because it is time-barred by the one-year limitations period that applies to petitions filed under § 2254. *See* 28 U.S.C. § 2244(d)(1).

Stewart's objections provide various factual details regarding his much more recently completed incarceration in Arkansas for a different conviction, along with citations to various authorities that have no bearing on the present matter. Nothing in his objections undermines any of the facts and authorities recited in the previous paragraph of this order. After careful *de novo* review, the Court concludes that the report and recommendations should be, and hereby are,

approved and ADOPTED IN THEIR ENTIRETY as this Court's findings and rulings in all respects.

IT IS THEREFORE ORDERED that Petitioner Phillip Dewayne Stewart's petition (Doc. 1) for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED. No certificate of appealability shall issue.

IT IS SO ORDERED this 9th day of March, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE